UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA | CIV 12-4175 |
| Plaintiff | |
| vs. | SUMMONS |
| SCOTT W. DOUGHERTY | |
| Defendant | |

---

TO THE ABOVE NAMES DEFENDANT(S):

You are hereby summoned and required to serve upon Jan L. Holmgren, plaintiff's attorney, whose address is P.O. Box 2638, Sioux Falls, SD 57101-2638, an answer to the Complaint which is herewith served upon you, within twenty-one (21) days after service of this Summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated: 10-11-12 .

JOSEPH HAAS, CLERK

BY: Deb Peterson
Deputy Clerk

(SEAL OF THE COURT)