UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

---

UNITED STATES OF AMERICA

Plaintiff

vs.

SCOTT DOUGHERTY

Defendant

CIV 12-4175

NOTICE AND ADMISSION OF
SUMMONS AND COMPLAINT

TO:   SCOTT DOUGHERTY, 2704 S. LYNDALE AVE, SIOUX FALLS, SD  57105

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure and S.D.C.L. §15-6-4.

You must complete the admission part of this form and return one copy of the completed form to the sender within twenty-one (21) days.

You must sign and date the admission. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within twenty-one (21) days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within twenty-one (21) days. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I hereby certify that this Notice and Admission of Service was mailed on October 11, 2012.

_Jan L Holm_
Signature
_10-11-12_
Date of Signature

## ADMISSION OF SERVICE OF SUMMONS AND COMPLAINT

Personal service of the enclosed Summons and Complaint is hereby admitted by receipt of copies thereof at SIOUX FALLS, SD  this date: _____.

_(signature)_
**Signature**

_Self_

**Relationship to Defendant/**
**Authority to Receive Service of Process**

_10.26.12_
**Date of Signature**